**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **Lois Askins, et al** | **CA 08-154ML** |
| **LaGreer Brown, et al** | **CA 08-155ML** |
| **Gerardo Castaneda-River, et al** | **CA 08-156ML** |
| **Rosvin Ravanales, et al** | **CA 08-157ML** |
| **Leona Youmans, et al** | **CA 08-158ML** |
| **Wavie Cannon, et al** | **CA 08-159ML** |

**V.**

**Davol, Inc.**
**C.R. Bard, Inc.**

**ORDER**

**The above cases are related to those cases that comprise the In Re: Kugel Mesh Hernia Patch Litigation, MDL Case No. 07-1842ML. These cases are therefore consolidated for pretrial purposes with MDL Case No. 07-1842ML, and all further proceedings shall be governed by the provisions of Practice and Procedure Order Numbers 1-9 as well as any additional Practice and Procedure Orders entered by the Court in the future.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**Chief United States District Judge**
**May 5, 2008**